**Copyrights-In-Suit for IP Address 67.170.237.2**

**ISP:** Comcast Cable
**Location:** Berkeley, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 07/13/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 03/22/2015 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 01/17/2015 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 11/19/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 11/19/2014 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 11/19/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 11/19/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 11/19/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 11/19/2014 |
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 11/19/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 11/17/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 11/17/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/17/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 11/17/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 11/17/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 11/17/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 11/17/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 11/17/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 11/17/2014 |
| Drinks For Two | PA0001905512 | 06/25/2014 | 07/02/2014 | 11/17/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 11/17/2014 |

EXHIBIT B

NCA66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 11/17/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 11/17/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 11/17/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 11/17/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 11/17/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 11/17/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 11/17/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 11/16/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 11/16/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 11/16/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 11/16/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 11/15/2014 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 11/15/2014 |
| Just Jennifer | PA0001903842 | 06/09/2014 | 06/12/2014 | 11/15/2014 |
| Putting On A Show For You | PA0001892889 | 04/29/2014 | 05/04/2014 | 11/15/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/15/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 11/08/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 11/08/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 11/08/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 11/08/2014 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 11/06/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 11/06/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 11/06/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 11/04/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 11/04/2014 |

EXHIBIT B

NCA66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 11/02/2014 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/01/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 11/01/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 11/01/2014 |
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 11/01/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 10/26/2014 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 10/26/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/26/2014 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 10/26/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 10/26/2014 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 10/26/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/26/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 10/26/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/25/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 10/25/2014 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 10/25/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 10/19/2014 |
| So Close Together | PA0001860976 | 08/09/2013 | 09/08/2013 | 10/19/2014 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 10/19/2014 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 10/18/2014 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/12/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  67**